UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMSOFT DATA SYSTEMS, INC.** | : | CIVIL ACTION NO. |
| | : | |
| | : | SECTION "  " |
| **Versus** | : | |
| | : | JUDGE |
| **SOUTHERN ELECTRONICS SUPPLY, INC.** | : | |
| **AND ACTIVE SOLUTIONS, LLC** | : | MAGISTRATE |

_____

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, defendants, Active Solutions, LLC, Southern Electronics Supply, Inc., Brian Fitzpatrick, Henry J. Burkhardt (incorrectly identified as Jeff Burkhardt in the First Supplemental and Amended Petition for Declaratory Judgment and Damages ("First Amended Petition")), Ignace Perrin (incorrectly identified by plaintiff as Ignatious Perrin) (collectively, the "Active Defendants"), and, with a full reservation of rights, hereby remove the civil action styled "Camsoft Data Systems, Inc. v. Southern Electronics Supply, Inc. and Active Solutions LLC, et al., no. 582,741 D" on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, upon showing that:

1.      This is an action over which United States District Courts have been given original jurisdiction in that it arises under the laws of the United States within the meaning of 28

U.S.C. § 1331 and 28 U.S.C. § 1338(a). In particular, plaintiff is asserting a right to relief which necessarily depends on the resolution of substantial questions of federal patent law. Among other things, plaintiff alleges that: (i) plaintiff invented or co-invented a wireless video surveillance system (the "System"), (ii) certain defendants, including the Active Defendants, claimed that they invented the System in a patent application filed with the United States Patent and Trademark Office and failed to identify plaintiff as the inventor or co-inventor of the System, (iv) plaintiff "should be returned as nearly as possible to his condition prior to the act causing damage"; and (v) plaintiff is entitled to a judgment declaring that it share in the "fruits and products of" the System, including the patent application and any intellectual property rights associated with the patent. *See* First Amended Petition ¶¶ 109, 127-28, 133-40, 174-76. Plaintiff further asks this Court to enter a judgment "defining the use and management of the intellectual property concerning the System" which is the subject of a pending patent application. *Id.* ¶ 140. Finally, plaintiff seeks damages from defendants based on their use and sale of the System and injunctive relief "forever ordering defendants to cease and desist from marketing, disclosing, utilizing, selling, or otherwise using the intellectual property associated with" the System. *Id.* (Prayer for Relief). These allegations and claims directly and necessarily implicate substantial questions of federal patent law, including, without limitation, inventorship under 35 U.S.C. § 116. Removal of this action is, therefore, proper under 28 U.S.C. § 1441 because the federal courts would have had original jurisdiction had the action been commenced in federal court.

2. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the first-served defendant received service of the Citation, Petition, and First Amended Petition on November 13, 2009 and this Notice is being filed within 30 days of that date.

{N2085706.1}

3. Pursuant to 28 U.S.C. § 1446(a), the Active Defendants file a certified copy of all process, pleadings, and orders served on the Active Defendants or otherwise filed in the state court record. These documents are attached as Exhibit "A" in globo.

4. Reserving all rights and defenses, defendants, Dell, Inc., Tropos Networks, Inc., NetMethods, LLC, Method Investments, LLC, Veracent, LLC, Ciber, Inc., Logistix, LLC, Imagine Software, LLC, AMI Consulting, LLC, Mark St. Pierre, Christopher Drake, Gregory Meffert, Ellen Kirk, and Mark Kurt, join in and consent to the removal of this cause to the United States District Court for the Middle District of Louisiana. Their consent is indicated by the signed consent forms attached to this Notice as Exhibits "B" through "K."

5. Undersigned counsel certifies that a copy of this Notice of Removal will be promptly served on all parties by mailing a copy to their counsel of record or representative.

6. Undersigned counsel certifies that a Notice to State Court of Removal, along with a Notice of Removal, will be promptly filed with the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

7. The Active Defendants reserve the right to amend or supplement this Notice of Removal.

{N2085706.1}

Respectfully submitted,

| | |
|---|---|
| */s/ Edmond C. Haase, III* | */s/ Mark A. Cunningham* |
| EDMOND C. HAASE, III (#17294) | MARK A. CUNNINGHAM (#24063) |
| Ajubita, Leftwich & Salzer, L.L.C. | Jones, Walker, Waechter, |
| 1100 Poydras Street |   Poitevent, Carrere & Denegre, L.L.P. |
| Suite 1500 | 201 St. Charles Avenue |
| New Orleans, Louisiana 70163-1500 | New Orleans, Louisiana 70170-5100 |
| Telephone: (504) 582-2300 | Telephone: (504) 582-8536 |
| Facsimile: (504) 582-2310 | Facsimile: (504) 589-8536 |
| Attorneys for Southern Electronics Supply, Inc. and Ignace Perrin | and |

JAMES PERCY (#10413)
RYAN JOHNSON (#26352)
Jones, Walker, Waechter,
  Poitevent, Carrere & Denegre, L.L.P.
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
Telephone: (225) 248-2000
Facsimile: (225) 248-2010

Attorneys for Active Solutions, L.L.C., Brian Fitzpatrick, and Henry J. Burkhardt

## CERTIFICATE OF SERVICE

      A copy of this memorandum has been served on all counsel of record by depositing same in first class mail, postage prepaid and properly addressed, this 14th day of December, 2009.

                                                    */s/ Mark A. Cunningham*
                                                    MARK A. CUNNINGHAM