UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CAMSOFT DATA SYSTEMS, ET AL

VERSUS

SOUTHERN ELECTRONIC
SUPPLY, INC., ET AL

CIVIL ACTION

NO. 09-1047-JJB

**ORDER OF REMAND**

For written reasons assigned;

IT IS ORDERED that this action be REMANDED to the Nineteenth Judicial District Court, East Baton Rouge Parish, Baton Rouge, Louisiana.

Baton Rouge, Louisiana, September 28, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA